IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MORRIS,

      Plaintiff,                              No. CIV S-06-1211 LKK GGH P

      vs.

EDWARD ALAMEIDA, et al.,

      Defendants.                <u>ORDER</u>

_____/

        On December 20, 2006, this court filed findings and recommendations, recommending petitioner's application be dismissed for petitioner's failure to respond to this court's order, filed September 27, 2006, dismissing the petition and granting petitioner, as plaintiff, thirty days' leave to file an action pursuant to 42 U.S.C. § 1983.  In timely filed objections, petitioner, now plaintiff, explained that he had attempted to file an amended pleading but neglected to place the case number on the filing.  As a result, the amended filing was opened as a new case, Case No. CIV-S- 06-2312 DFL DAD P.   Along with his objections asking that the new case be dismissed as duplicative, petitioner/plaintiff has included a copy of the amended pleading, which will serve as the amended complaint in this matter.

        Accordingly, the court now makes the following ORDERS:

        1. The findings and recommendations, filed on December 20, 2006, are hereby

1

1 vacated;

2     2. The Clerk of the Court is directed to close Case No. CIV S-06-2312 DFL DAD

3 P, <u>Morris v. Macias, et al.</u>, as duplicative of this case, and opened in error; in closing CIV S-06-

4 2312, the Clerk is directed to file the complaint in that action as the amended complaint in this

5 case, deeming it filed herein, nunc pro tunc, on January 5, 2007; and

6     3. The Clerk is also directed to re-designate the instant action as one brought

7 pursuant to 42 U.S. § 1983.

8 DATED: 2/13/07　　　　　　　　　　　　　　/s/ Gregory G. Hollows

9 　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:009
10 morr1211.vac